IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT S. CALDWELL | § | |
| VS. | § | CIVIL ACTION NO. 6:09cv200 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge John D. Love. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Defendant's unopposed motion to remand (docket #18) is **GRANTED** and that this action is **REVERSED** and **REMANDED** for further consideration; and

**ORDERS** that all motions not previously ruled on are denied.

**So ORDERED and SIGNED this 7th day of January, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**